IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINDY MURILLO, as Independent Administrator of the Estate of **THOMAS M. YOUNG**, deceased, | ) ) ) ) |
| Plaintiff, Vs. | ) ) ) |
| **UNITED STATES OF AMERICA** | ) ) |
| Defendant, | ) ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MINDY MURILLO, as Independent Administrator of the Estate of THOMAS M. YOUNG, deceased, by and through her attorneys, MITCHELL HOFFMAN & WOLF, L.L.C., and for her Complaint at Law against the Defendant, UNITED STATES OF AMERICA, states as follows:

1. This an action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec 2671, et seq. and 28 U.S.C Sec 1346 et seq. jurisdiction of this court is invoked pursuant to 28 USC Section 1332.

2. Plaintiff's Decedent, THOMAS M YOUNG, a resident of Cook County, Illinois, was a veteran of the US Army 10th Mountain Group.

3. Pursuant to court order, Mindy Murillo has been appointed the Independent Administrator of the Estate of Thomas M. Young, deceased.

4. Plaintiff has fully complied with the provisions of 28 U.S.C. 2675 of the Federal Tort Claims Act, by serving notice of the claim upon the Department of Veteran Affairs within two years of the incident forming the basis of this suit.

1

5. Plaintiff files this lawsuit after waiting the requisite 6 months from the date of submitting her claim and after receiving a denial of her claim from the Office of the General Counsel for the Department of Veteran Affairs.

6. Plaintiff and Plaintiff's decedent are and were at all times residents of Cook County, Illinois.

7. The Defendant United States of America, through its agency, the Department of Veteran Affairs, operates multiple facilities across the nation, to provide for the health and well-being to former members of the United States Military including but not limited to a certain facility commonly known as the Jesse Brown VA Hospital in Chicago Illinois.

8. Venue is proper under 28 U.S.C. Sec 1402 in that the plaintiff resides within and a substantial portion of the acts or omissions giving rise to this claim took place in Northern District of the State of Illinois

9. On or about July 9, and July 13, 2015, Thomas M. Young, contacted the Jesse Brown VA seeking to establish a course of care and treatment through the Operation Enduring Freedom/ Operation Iraqi Freedom Clinic.

10. During one or both of these calls, Thomas Young advised a program manager that he was a United States Army veteran who recently was an inpatient for psychiatric care at a Chicago area hospital.

11. No action was taken in response to these calls by members of the Jesse Brown staff until July 24, 2015 when a return telephone call was made to Mr. Young's parent's home.

12. During this return telephone call Thomas Young's mother advised the caller that Thomas Young committed suicide on the evening of July 23, 2015 by lying down on the tracks of the Metra commuter line in an unincorporated area of Cook County near Des Plaines, Illinois.

13. At all times pertinent, the Defendant, United States of America, by and through its agents and employees at the Jesse Brown VA Hospital was under certain duties imposed by law.

14. In disregard for these duties, the Defendant, United States of America by and through its agents and employees was negligent in failing to meet these duties in or more of the following acts or omissions:

   a) Failing to timely return Thomas Young's calls;

   b) Failing to document the contents of the telephone calls of July 9 or 13, 2015;

   c) Failing to timely offer Thomas Young psychiatric evaluation or care;

   d) Improperly training its staff on the handling of calls made by military veterans in need of psychiatric evaluation or care.

15. As a proximate result of the Defendants' negligence, Thomas Young died on July 23, 2015.

16. Pursuant to court order, Mindy Murillo has been appointed the Independent Administrator of the Estate of Thomas M. Young, deceased.

17. At the time of his death, Thomas M. Young left the following surviving next of kin:

   Mindy Murillo, an adult, wife;
   Vivienne Young, a minor, daughter;
   Margaret Young, a minor, daughter.

18. That this cause of action is brought pursuant to 740 ILCS 180/0.01 *et seq.*, commonly known as the Illinois Wrongful Death Act, then and there in effect at the time of the subject occurrence.

19. In accordance with 735 ILCS §5/2-622, attached to this Complaint is the Report of a Health Care Professional with whom Plaintiff's counsel has reviewed this matter and the affidavit of Plaintiff's counsel establishing the meritorious nature of the action.

Wherefore, the Plaintiff, Mindy Murillo, as Independent Administrator of the Estate of Thomas M. Young, deceased, prays for award damages in accordance with the Illinois Wrongful Death Act, 740 ILCS 180/0.01 *et seq.,* in her favor and against the Defendant, United States of America, in an amount in excess of $18,000,000.00, plus costs.

_____
Attorney for Plaintiff

Kenneth A. Hoffman
ARDC No. 6207101
MITCHELL HOFFMAN & WOLF, L.L.C.
221 N. LaSalle Suite 1148
Chicago IL 60601
312-726-6722

4